No. 85–5738. COSSETT ET AL. *v.* LEDFORD, TRUSTEE, 474 U. S. 1065;

No. 85–5764. SELLNER *v.* MARYLAND, 474 U. S. 1066;

No. 85–5839. GRAY *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION, 474 U. S. 1069; and

No. 85–5889. RISPOLI *v.* UNITED STATES ET AL., 474 U. S. 1069. Petitions for rehearing denied.

No. 85–773. ATLANTIC RICHFIELD CO. ET AL. *v.* ALASKA ET AL., 474 U. S. 1043. Petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

MARCH 6, 1986

No. A–653 (85–6448). ADAMS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. The order of February 28, 1986 [*ante,* p. 1041], is vacated. The application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted until March 25, 1986, or until the disposition by this Court of the petition for writ of certiorari, whichever is earlier, unless otherwise extended by the Court. JUSTICE REHNQUIST and JUSTICE O'CONNOR would deny the application for stay.

MARCH 10, 1986*

No. 85–353. MICHIGAN DIVERSIFIED BUSINESS PRODUCTS, INC., ET AL. *v.* CITY OF WARREN ET AL. Appeal from Ct. App. Mich. dismissed for want of properly presented federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 85–1185. WHEATON *v.* CITY OF OKLAHOMA CITY ET AL. Appeal from Ct. Crim. App. Okla. dismissed for want of substantial federal question.

No. 85–1211. RAJARAM *v.* A. S. ABELL PUBLISHING CO. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.

*JUSTICE BRENNAN took no part in the consideration or decision of the orders announced on this date with the exception of No. 85–6333, *Egger* v. *Casey, Director, Central Intelligence Agency, et al., infra,* p. 1064.